DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF WEST PALM BEACH,**
Appellant,

v.

**SOUTH FLORIDA WATER MANAGEMENT DISTRICT** and **NORTHERN PALM BEACH COUNTY IMPROVEMENT DISTRICT,**
Appellees.

No. 4D16-3953

[November 16, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Administrative Hearing, SFWMD #2016-057DAO-ERP.

Kimberly L. Rothenburg, City Attorney, and Douglas N. Yeargin, Chief Assistant City Attorney, West Palm Beach, and Claudia M. McKenna, Lake Worth, for appellant.

Susan Roeder Martin, West Palm Beach, and Brian B. Joslyn of Ciklin Lubitz & O'Connell, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***